533 P.2d 758

Anthony LUCERO, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 10326.

Supreme Court of New Mexico.

March 7, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the cause is remanded to the Court of Appeals with direction to set aside its order affirming the judgment of the trial court and to proceed to hear the appeal on its merits, with leave to impose such conditions or sanctions as it deems appropriate for the violation and disregard of our Appellate Rules.

Further ordered that the motion filed by the respondent State of New Mexico on the 19th day of February 1975, be and the same is hereby denied in view of the disposition ordered herein.

533 P.2d 758

James B. COLLINS and Tony Hatfield, Petitioners,

v.

Roy WOODS, Respondent.

No. 10362.

Supreme Court of New Mexico.

March 11, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1303, 87 N.M. 370, 533 P.2d 759 be and the same is hereby returned to the Clerk of the Court of Appeals.

533 P.2d 758

Anthony LUCERO, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 10326.

Supreme Court of New Mexico.

March 18, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the order of the Supreme Court entered on March 7, 1975, 87 N.M. 369, 533 P.2d 758 remanding this cause to the Court of Appeals with direction to set aside its order affirming the judgment of the trial court and to proceed to hear the appeal on its merits, with leave to impose such conditions or sanctions as it deems appropriate for the violation and disregard of our Appellate Rules, and further denying the motion of Respondent to produce evidentiary matters, be and the same is hereby made final.

533 P.2d 758

In the Matter of Alfred M. CARVAJAL, Attorney at Law.

No. 10356.

Supreme Court of New Mexico.

March 19, 1975.

Mr. Chief Justice McManus, Mr. Justice Oman, Mr. Justice Stephenson, Mr. Justice Montoya and Mr. Justice Martinez concurring;

Now, therefore, it is considered, ordered and adjudged by the Court that the Recommendations of the Disciplinary Board be and the same are hereby adopted by the Court; that said Respondent be and he hereby is suspended from the practice of law for a period of thirty (30) days beginning April 1, 1975.

Further ordered that Respondent pay all costs incurred pursuant ,to certification filed by the Disciplinary Board, to-wit: $181.70.